177 A.3d 111

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ANTHONY AURIEMMA, DEFENDANT-
PETITIONER.

C–409 September Term 2017
079630

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001399–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

177 A.3d 112

S.S., ET AL., PLAINTIFFS, v. SYED ARIF ALI JAFFERY, ET AL., DEFENDANTS–MOVANTS.

M–384 September Term 2017
080091

December 8, 2017

## ORDER

It is ORDERED that the motion for leave to appeal is denied.